USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/15

Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaac Watkins,

                        Plaintiff,

-against-

City of New York, et al.,

                        Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 3171 (WHP)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.     The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

TREYVUS & KONOSKI, P.C.
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
212-897-5832

By: _____
Bryan Konoski
*Attorney for Plaintiff*

Dated: New York, New York
December 18, 2014

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Alexandra Corsi
*Senior Counsel*

SO ORDERED:

_____
HON. WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
3/6/2015